IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOUSAUN STEWART,

      Petitioner,                    No. CIV S-11-2348 JAM DAD P

   vs.

RALPH M. DIAZ, Warden,

      Respondent.              ORDER

_____/

      Petitioner, a state prisoner proceeding through counsel, has requested a fourth extension of time to file a traverse. Good cause appearing, the court will grant petitioner's request.

      Petitioner has also requested that the court substitute Ralph M. Diaz, Warden, California Substance Abuse Treatment Facility and State Prison, Corcoran, California, in place of Kathleen Allison, former Warden, California Substance Abuse Treatment Facility and State Prison, Corcoran, California. Good cause appearing, the court will grant petitioner's request and direct the Clerk of the Court to amend the docket to reflect that Warden Ralph M. Diaz is now the respondent in this action.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's motion for an extension of time (Doc. No. 23) is granted;

3  2. Petitioner shall file a traverse in this matter on or before April 22, 2012;

4  3. Petitioner's motion to substitute Warden Diaz in place of former Warden
5  Allison (Doc. No. 24) is granted; and

6  4. The Clerk of the Court is directed to amend the docket to reflect that Warden
7  Ralph M. Diaz is the respondent in this action.

8  DATED: March 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stew2348.111t(4)

2